IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



DANA K. EUBANKS                                         PLAINTIFF

v.                                         CIVIL ACTION NO. 1:17-cv-161-MTP

NANCY A. BERRYHILL                                    DEFENDANT

## FINAL JUDGMENT

This cause having come before the Court on Plaintiff's complaint seeking judicial review of a final decision of the Commissioner of Social Security Administration and a decision having been duly rendered by separate Opinion and Order,

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED with prejudice.

This, the 20th day of July, 2018.

                                                                  Michael T. Parker
                                                                  United States Magistrate Judge